IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:22-cr-00062-3 JLT |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| JUSTIN DWAYNE RIDDLE, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Daniel Harralson be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 23, 2022.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **June 7, 2022**        /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

-1-