**Daniel L. Harralson, SBN #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: JUSTIN DWAYNE RIDDLE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JUSTIN DWAYNE RIDDLE.<br><br>                Defendant. | Case No.  1:22-CR-00062 – JLT-SKO-3<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>Date: November 13, 2023<br>Time: 10:00 a.m.<br>Dept.: Honorable Judge Thurston |

     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **November 13, 2023, at 10:00 a.m.**, **may be continued to December 18, 2023, at 10:00 am., in Department 4 of the United States District Court.**

     The continuance is requested by counsel for Defendant, DANIEL L. HARRALSON, to allow additional time for the preparation of the Final Presentence Report after the Probation Interview with Federal Probation Officer and to allow further time for the preparation of Informal and Formal Objections.

\\\
\\\
\\\

1

| | |
|---|---|
| DATED: October 16, 2023 | Respectfully Submitted, |
| | **DANIEL L. HARRALSON** |
| | /s/ Daniel L. Harralson |
| | DANIEL L. HARRALSON |
| | Attorney for Defendant Justin Riddle |
| DATED: October 16, 2023 | **UNITED STATES ATTORNEYS OFFICE** |
| | /s/ Justin Gilio |
| | JUSTIN GILIO |
| | Attorney for United States |

-------------------------------------------------

# ORDER
-----

*IT IS HEREBY ORDERED*. That the Sentencing Hearing of November 13, 2023 at 10:00 am, be continued to December 18, 2023, at 10:00 am.

IT IS SO ORDERED.

Dated:   **October 16, 2023**                                                           [signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE

2