**Daniel L. Harralson, SBN #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

ATTORNEY FOR DEFENDANT: JUSTIN DWAYNE RIDDLE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUSTIN DWAYNE RIDDLE.<br><br>            Defendant. | Case No. 1:22-CR-00062 – 003<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND; [PROPOSED ORDER]** |

On April 14, 2022, Defendant, **JUSTIN DWAYNE RIDDLE** was indicted on Federal charges. CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. Riddle on June 7, 2022, in his criminal case. Mr. Riddle was sentenced pursuant to a Plea Agreement on December 18, 2023. The time for filing a direct Appeal was January 18, 2024, no direct appeal was filed as Mr. Riddle waived his appeal rights. Mr. Riddle was in custody at the time of Sentencing and the trial phase of Mr. Riddle's criminal case has therefore, come to an end.

Having completed his representation of Defendant, Justin Dwayne Riddle, CJA Attorney, Daniel L. Harralson now moves to terminate his appointment under the Criminal Justice Act.

\\\
\\\
\\\
\\\

Should Defendant, Justin Dwayne Riddle, require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: February 1, 2024

Respectfully submitted,

/s/ Daniel L. Harralson
**DANIEL L. HARRALSON**, Attorney for Defendant **JUSTIN DWAYNE RIDDLE**

---------------------------

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant. The Clerk of Court is directed to serve a copy of this order on Defendant Justin Dwayne Riddle, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Justin Dwayne Riddle
Lerdo Pre Trial Facility
17695 Industrial Farm Rd
Bakersfield, California 93308

**IT IS SO ORDERED**

Dated: February 2, 2024

UNITED STATES DISTRICT JUDGE